## REGINALD POWELL *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 20920)

Lavery, C. J., and Spear and Dranginis, Js.

Submitted on briefs April 6—officially released May 8, 2001

Per Curiam. The judgment is affirmed.

## THOMAS NICOULIN *v.* JEANNE GARDNER ET AL.
### (AC 20895)

Lavery, C. J., and Spear and Dranginis, Js.

Submitted on briefs April 6—officially released May 8, 2001

Per Curiam. The judgment is affirmed.

## PERRY FORGIONE *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL.
### (AC 20645)

Lavery, C. J., and Spear and Peters, Js.

Argued April 5—officially released May 8, 2001

Per Curiam. The judgment is affirmed.